JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **LIZA MARTINEZ,**<br><br>Relator,<br><br>v.<br><br>**ORANGE COUNTY GLOBAL MEDICAL CENTER, INC**., a California Corporation; **DOES 1-50**<br><br>Defendants. | Case No. 8:15-CV-01521-JLS-DFM<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

The parties have entered into a Settlement Agreement, as well as a stipulation pursuant to Rule 41(a)(1)(A)(ii) to dismiss this action.  Pursuant to parties' stipulation, and for good cause shown, the Court hereby grants the stipulation and (1) dismisses with prejudice to Relator and the United States all claims asserted on behalf of the United States and Relator against OCGMC as to the Covered Conduct as that term is defined in the Settlement Agreement; (2) dismisses with prejudice as to Relator and without prejudice as to the United States all remaining claims against OCGMC in the Civil Action as that term is defined in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated:  June 12, 2018

_____
Hon. Josephine L. Staton
United States District Judge